# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL SWANSON, ) | |
| Plaintiff, ) | Case No.  2:14-cv-00083-JAD-CWH |
| vs. ) | **ORDER** |
| DURA-BOND BEARING CO., *et al*., ) | |
| Defendants. ) | |

    On May 7, 2014, the parties filed a Joint Status Report.  (#13).  The Report indicates that the parties have self-imposed a stay in this matter pending resolution of Defendants' Motion to Dismiss (#2).  Neither the Federal Rules nor Local Rules provide for automatic blanket stays of discovery when a potentially dispositive motion is pending.  *E.g. Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 600-01 (D. Nev. 2011) (citation omitted).  If either party seeks a stay in this matter, they should file a motion setting forth points and authorities satisfying the "heavy burden of making a strong showing" why a stay is warranted.  *Id*. (citation omitted).  Accordingly,

    **IT IS HEREBY ORDERED** that, pursuant to Local Rule 26-1(d), Plaintiff shall initiate the scheduling and conducting of the Rule 26(f) meeting by **Friday, May 23, 2014**.  The parties shall submit a discovery plan and scheduling order by **Friday, May 30, 2014**.

    DATED: May 12, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**